SLIP OP. 03-72

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: UNASSIGNED

FORMER EMPLOYEES OF ) 
AMERIPHONE, INC., ) 
         ) 
              Plaintiffs, ) 
         ) 
            v. ) Court No. 03-00243 
         ) 
UNITED STATES, ) 
         ) 
              Defendant. )

## ORDER

Upon consideration of defendant's consent motion for voluntary remand, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that this action is remanded to the Department of Labor to conduct a further investigation and to make a redetermination as to whether petitioners are eligible for certification for transitional adjustment assistance benefits; and it is further

ORDERED that the remand results shall be filed no later than 60 days after the date of this order; and it is further

ORDERED that plaintiffs shall file papers with the Court indicating whether they are satisfied or dissatisfied with the remand results no later than 30 days after the remand results are filed with the Court; and it is further

ORDERED that the deadline for the filing of (1) the answer pursuant to Rule 12(a)(1)(A), and (2) the administrative record pursuant to 28 U.S.C. § 2635(d)(1) and Rule 72(a), shall be extended to 30 days after plaintiffs indicate whether they are satisfied or dissatisfied with the remand results.

/S/          Delissa A. Ridgway
                    Judge


Dated: _____June 25_____, 2003
           New York, New York